IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| SHANA I. HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 423-072 |
| ) | |
| PATRICIA C. LYONS and ) | |
| SENIOR CITIZENS INC., ) | |
| ) | |
| Defendants. ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff commenced the above-captioned case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). (Doc. no. 2.) Upon review of the original IFP motion, the Court determined there was insufficient information to determine whether Plaintiff should be allowed to proceed IFP. (See doc. no. 7.) Thus, on April 11, 2023, the Court denied Plaintiff's IFP motion without prejudice and directed her to submit a new IFP motion within twenty-one days and warned Plaintiff if she did not timely submit a new motion or pay the $402 filing fee, she risked dismissal of the case. (See id. at 2.) When Plaintiff neither complied with the April 11th Order nor otherwise offered any explanation to the Court why she has not complied, the Court recommended on May 8, 2023, that the case be dismissed without prejudice. (See doc. no. 13.) In response to the recommendation for dismissal, Plaintiff belatedly submitted a renewed IFP motion, which is now before the Court for review. (Doc. no. 15.)

Plaintiff reports that her household income comprised of her salary and her husband's workman's compensation payments amounts to approximately $4,000 per month, or $48,000 per year. (Id. at 1-2.) In her original IFP motion, her regular monthly expenses totaled approximately $3000, (doc. no. 2, p. 2), but in her renewed motion filed just one month and a half later, that figure more than doubled, (doc. no. 15, pp. 4-5). Yet, Plaintiff and her husband report approximately $800 in cash and checking accounts. (Id. at 2.) Plaintiff lists her assets as a nearly $200,000 home and two cars valued at approximately $30,000. (Id.) Despite several reported credit card bills and outstanding loans that may otherwise include some of the line-item monthly expenses in the IFP motion, (id. at 6), Plaintiff's household expenses include almost $400 per month for clothing and recreation/entertainment. (Id. at 4.) Additionally, Plaintiff states she has spent, or intends to spend, $425 in attorney's fees related to this case. (Id. at 5.) Thus, although three are some discrepancies in the information provided to the Court in Plaintiff's IFP motions, and despite an assertion that her "bills are behind," (id.), it appears Plaintiff has the ability to pay the $402 filing fee.

Leave to proceed IFP is discretionary with the Court, and that discretion is to be exercised so as not to deny a party access to the courts solely on account of financial standing. See Denton v. Hernandez, 504 U.S. 25, 31 (1992). Although poverty sufficient to qualify under 28 U.S.C. § 1915 does not require penniless destitution, proceeding IFP is a *privilege*, not a right. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 198 (1993). Indeed, "courts should grant the privilege 'sparingly' in civil cases for damages." Thomas v. Sec'y of Dep't of Veterans Affs., 358 F. App'x 115, 116 (11th Cir. 2009) (*per curiam*) (citation omitted).

Here, having considered the financial information in the record, including a two-income household, significant assets, and available discretionary income, the Court **REPORTS** and **RECOMMENDS** Plaintiff's second motion to proceed IFP be **DENIED**, (doc. no. 15), and Plaintiff be **DIRECTED** to pay the full filing fee if she intends to pursue her case. Should the District Judge adopt this recommendation and Plaintiff fail to pay the filing fee within twenty-one days after that final action, the case should be **DISMISSED** without prejudice and **CLOSED**. Of course, Plaintiff may choose to pay the $402 filing fee now, and the case will proceed without further delay.

SO REPORTED and RECOMMENDED this 23rd day of May, 2023, at Augusta, Georgia.

/s/ Brian K. Epps
_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA