IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHANA I. HOUSTON, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV423-072
 )
PATRICIA C. LYONS, CEO, and )
SENIOR CITIZENS INC., )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's May 23, 2023, Report and Recommendation (Doc. 18), to which no objections have been filed.[1] After a careful review of the record,[2] the report and recommendation is **ADOPTED** as the Court's opinion in this case. (Doc. 18.) Accordingly, Plaintiff's second motion to proceed in forma pauperis is **DENIED**. (Doc. 15.) In accordance with Local Rule

---

[1] On June 12, 2023, Plaintiff filed a letter "asking for extension of time to make payment," which the Clerk of Court docketed as a motion for extension of time to file objections to the report and recommendation. (Doc. 20.) Upon review, Plaintiff does not appear to be requesting additional time to file objections to the report and recommendation. Because this order addresses Plaintiff's deadline to pay the filing fee, Plaintiff's letter requesting relief is **DISMISSED AS MOOT**.

[2] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).

4.2, Plaintiff shall have twenty-one (21) calendar days from the date of service of this order to pay the $402 filing fee. Should Plaintiff fail to make timely payment, the Clerk of Court is **DIRECTED** to dismiss the case without prejudice and close this civil action on the twenty-fifth day after the date of this order.[3] Should Plaintiff pay the $402 filing fee, the case will proceed in the normal course of business. Should Plaintiff not pay the $402 filing fee but file any other motion prior to the filing fee deadline, the Clerk shall take no action with respect to dismissing the case until further order of the Court.

SO ORDERED this ___13th___ day of June 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[3] In accordance with Federal Rule of Civil Procedure 6(d), three days are added to the deadline because the Clerk of Court serves pro se Plaintiff by United States mail. Therefore, the twenty-one-day deadline becomes a twenty-four-day deadline.